IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

No. 1:22-CR-84-GBW-1

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>) **DEFENDANT'S CONSENT MOTION**<br>) **TO CONTINUE SENTENCING**<br>VONDRELL MAJETTE, )<br>)<br>Defendant. )<br>) | |

NOW COMES Defendant Vondrell Majette, by and through undersigned counsel, with consent of the Government, and respectfully moves this Honorable Court to continue Defendant's sentencing ninety (90) days. In support of this Motion, Defendant respectfully shows unto the Court the following:

1. By previous Order of this Court, Defendant's sentencing is currently scheduled for December 23, 2025, at 11:00 a.m. before the Honorable District Judge Gregory B. Williams. (DE 55)

2. Undersigned counsel and the Government continue to engage in productive conversations regarding the terms of Defendant's potential sentence and agree additional time to continue those discussions would be beneficial to both parties.

3. Undersigned counsel has conferred with Assistant United States Attorney, Kevin Pierce, who is assigned to this matter and is authorized to represent to the Court that the Government consents to this Motion and the relief requested herein.

WHEREFORE, undersigned counsel respectfully moves this Court to continue Defendant's sentencing ninety (90) days, or such other later date as this Court deems appropriate.

Respectfully submitted this the 4th day of December 2025.

                                                MAYNARD NEXSEN

By:    /s/ Christian E. Dysart
        CHRISTIAN E. DYSART
        N.C. State Bar No. 36734
        Email: cdysart@maynardnexsen.com
        4141 Parklake Ave., Suite 200
        Raleigh, NC  27603
        Telephone: (919) 747-8380
        *RETAINED ATTORNEY FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **DEFENDANT'S MOTION TO CONTINUE SENTENCING** was filed with the Clerk of the Court for the District of Delaware using the CM/ECF system, which serves a copy on all counsel of record as listed:

    Briana Knox
    Christopher L. de Barrena-Sarobe
    Kevin Pierce
    United States Attorney's Office
    District of Delaware
    1313 North Market Street
    Wilmington, Delaware 19801
    briana.knox@usdoj.gov
    christopher.d.barrena-sarobe@usdoj.gov
    kevin.pierce@usdoj.gov

    Lisa Thelwell
    United States Attorney's Office
    1301 New York Avenue NW
    Ste. 7th Floor
    Washington, DC 20002
    lisa.thelwell@usdoj.gov

    G. Ryan Willis
    Ryan Willis Law PLLC
    150 Fayetteville Street, Suite 300
    Raleigh, NC 27601
    ryan@ryanwillislaw.com

Respectfully submitted this, the 4th day of December 2025.

                            MAYNARD NEXSEN

            By:    /s/ Christian E. Dysart
                  CHRISTIAN E. DYSART
                  N.C. State Bar No. 36734
                  Email: cdysart@maynardnexsen.com
                  4141 Parklake Ave., Suite 200
                  Raleigh, NC  27603
                  Telephone: (919) 747-8380
                  *RETAINED ATTORNEY FOR DEFENDANT*