IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

No. 1:22-CR-84-GBW-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| VONDRELL MAJETTE, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on the Defendant's Consent Motion to Continue Sentencing. Upon good cause shown, Defendant's Motion to Continue is hereby **GRANTED** and Defendant's Sentencing shall be continued to March 26, 2026, at 11:00 a.m.

**SO ORDERED**. This the 10th day of December, 2025.

_____
Gregory B. Williams
United States District Judge